```
                  IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ARCH SPECIALTY INSURANCE          :         CIVIL ACTION
COMPANY                           :
                                  :
          v.                      :
                                  :         NO. 24-2491
CLR CONSTRUCTION LLC              :
```

JUDGMENT

AND NOW, this 5th day of September 2024, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that judgment is entered in favor of Plaintiff Arch Specialty Insurance Company and against Defendant CLR Construction LLC in the amount of $172,746.45 plus prejudgment interest in the amount of $27,857.14 as well as costs in the amount of $704.50 for a total of $201,308.09.

                                        BY THE COURT:


                                        /s/   Harvey Bartle III
                                                               J.